**2025 CA 000275 - HALE, DEBORAH vs. SCIENCE APPLICATIONS INTERNATIONAL CORPORATION**

## SUMMARY

| | | |
|---|---|---|
| **Judge:** NICHOLS, DAWN | **Court Type:** Circuit Civil | **Case Type:** Other - Discrimination |
| **Case Number:** 2025 CA 000275 | **Uniform Case Number:** 182025CA000275XXXX01 | **Status:** OPEN |
| **Clerk File Date:** 5/9/2025 | **Status Date:** 5/9/2025 | **Waive Speedy Trial:** ☐ |
| **Total Fees Due:** 0.00 | **Custody Location:** | **Agency:** |
| **Agency Report Number:** | | |

## PARTIES

| TYPE | PARTY NAME | ADDRESS | ATTORNEY |
|---|---|---|---|
| PLAINTIFF | HALE, DEBORAH | 701 N PENINSULA DR. DAYTONA BEACH, FL 32118 | CHANFRAU, KELLY H B.C.S. (Main Attorney) |
| DEFENDANT | SCIENCE APPLICATIONS INTERNATIONAL CORPORATION | 1201 HAYS STREET TALLAHASSEE, FL 32301 | |

## PARTY DISPOSITIONS

| PARTY NAME | CLAIM DATE | CLAIM AMOUNT | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|
| HALE, DEBORAH | | 0.0000 | | |
| SCIENCE APPLICATIONS INTERNATIONAL CORPORATION | | 0.0000 | | |

## EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| 10/9/2025 1:30 PM | CASE MANAGEMENT | NICHOLS, DAWN | Courtroom 401 | |

## COMPLIANCES

| TYPE | REQUIRED BY | COMPLETE | COMPLETE DATE |
|---|---|---|---|
| | | No Compliances on Case | |

## OUTSTANDING AMOUNT

| COUNT | CODE | DESCRIPTION | ASSESSMENT | PAID | WAIVED | BALANCE | PAYMENT PLAN / JUDGMENT | DUE DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | CAOTHER | CIRCUIT CIVIL FILING FEE OTHER | $400.00 | $400.00 | $0.00 | $0.00 | | |
| | | | | | Total Outstanding: | $0.00 | | |
| 1 | CA3 | CIRCUIT CIVIL FILING FEES (SUMMONS) | $10.00 | $10.00 | $0.00 | $0.00 | | |
| | | | | | Total Outstanding: | $0.00 | | |

## RECEIPTS

| DATE | RECEIPT # | APPLIED AMOUNT |
|---|---|---|
| 5/9/2025 | 2025010384 | $410.00 |

## CASE DOCKETS

| SEQ# | IMAGE | DATE | ENTRY |
|---|---|---|---|
| 9 | Request | 7/3/2025 | SERVICE |
| 8 | 3 | 6/17/2025 | ORDER SCHEDULING CASE MANAGEMENT CONFERENCE |
| 7 | 3 | 5/9/2025 | CASE MANAGEMENT ORDER |
| 6 | 1 | 5/9/2025 | PAYMENT $410.00 RECEIPT #2025010384 |
| 5 | 3 | 5/9/2025 | SUMMONS PREPARED- SCIENCE APPLICATIONS INTERNATIONAL |
| 4 | 6 | 5/9/2025 | COMPLAINT |
| 3 | 3 | 5/9/2025 | COVER SHEET |
| 2 | | 5/9/2025 | CIRCUIT CIVIL FILING FEES (SUMMONS) ASSESSED $10.00 |
| 1 | | 5/9/2025 | CIRCUIT CIVIL FILING FEE OTHER ASSESSED $400.00 |