**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**DEBORAH HALE,**

     **Plaintiff,**

**vs.**                       **CASE NO.:** _____

**SCIENCE APPLICATIONS**
**INTERNATIONAL, CORP.,**

     **Defendant.**

_____/

## <u>DECLARATION OF JAMILEE BEDDINGFIELD</u>

I, JamiLee Beddingfield, hereby declare and state the following:

1.     I am over the age of 19 and competent to give this Declaration.

2.     All information contained herein is based upon business records maintained by Defendant, Science Applications International, Corp., (the "Company").

3.     Those business records discussed herein are kept in the regular course of business, entries are made on those records in a timely manner by people with knowledge of the information being entered, and it is the regular practice of the Company to maintain such records.

4.     I give this Declaration of my own free will without expectation of reward, and without any undue influence, coercion, or duress.

5.      I am a Human Resources Business Partner, Senior Principal, with the Company. In such capacity, I am familiar with and have access to the databases, software, and computer systems that the Company uses to maintain its human resources records, including information such as employment status, job history, and payroll records for employees. Additionally, I have access to Company records regarding its corporate structure.

6.      The Company is incorporated in the State of Virginia. Its principal place of business is 12010 Sunset Hills Road, Reston, Virginia 20190.

7.      I have reviewed the Company's electronic personnel, pay, sales, and commission records related to Plaintiff, Deborah Hale ("Plaintiff"), and her employment with the Company.

8.      Based on my review of the Company's records, Plaintiff's employment with the Company started on September 12, 2022.

9.      Based on my review of Company records, at hire, Plaintiff was paid an annual salary of $175,000 by the Company. In March 2023, her salary was increased to $180,687.50 annually.

10.     Plaintiff was notified of the Company's decision to terminate her employment on April 14, 2023. She was removed from active work on the Precision Fires/ MLRS program at that time. Her final date of employment was May 12, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____.

JamiLee M Beddingfield

Digitally signed by JamiLee M Beddingfield
Date: 2025.07.03 15:39:34 -05'00'

JamiLee Beddingfield

3